Decided May 4, 2000

## STATE OF CONNECTICUT *v.* JEREMIAH SAMUEL, JR.

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 64 (AC 18658), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Toni M. Smith-Rosario,* deputy assistant state's attorney, in opposition.

Decided May 4, 2000

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 561 (AC 18366), is denied.